

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Katie Lynn Maynard, Appellant

No. 06-25-00063-CR  v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1424008). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

  As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect that the proper statute of offense is Section 22.04(e) of the Texas Penal Code. As modified, we affirm the judgment of the trial court.

  We note that the appellant, Katie Lynn Maynard, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED OCTOBER 28, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk